

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Candido J. Coniglio, Sr., Wildwood
Shopping Center, Inc., Profit Sharing Plan,
and Coniglio-Smith Trust, Appellants

No. 06-22-00021-CV        v.

Michael J. Woods, Appellee

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-19-
44288). Opinion delivered by Justice van
Cleef, Chief Justice Morriss and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with our opinion.

We further order that the appellee, Michael J. Woods, pay all costs of this appeal.

RENDERED DECEMBER 7, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk